

# NUMBER 13-20-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **ANTON SCOTT HALEY,** | **Appellant,** |
| **v.** | |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-D,** | **Appellee.** |

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

On July 14, 2020, the Clerk of the Court notified appellant that the filing fee was past due and that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.1(c)(1) and 9.5(e) and was provided fifteen days to make the payment and

correct the defect, if it could be done.  On July 31, 2020, the Clerk of the Court sent a second notice to appellant that the $205.00 filing fee was past due and the appeal was subject to dismissal if the filing fee was not paid within fifteen days from the date of receipt of this letter. *See id.* 42.3(b),(c).  Finally, on September 8, 2020, the Clerk of the Court provided a second notice to appellant regarding the defect in the notice of appeal.

Appellant has failed to respond to any of the Court's notices, failed to cure defects in the notice of appeal, and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed the
7th day of January, 2021.

2